IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,　　　　　　　　　 )
425 Third Street, S.W., Suite 800　　　　　　)
Washington, DC 20024,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　)　 Civil Action No.
v.　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　)
U.S. DEPARTMENT OF STATE,　　　　　　 )
The Executive Office　　　　　　　　　　　)
Office of the Legal Adviser, Room 5519　　　 )
2201 C Street, NW　　　　　　　　　　　　)
Washington, D.C.  20520,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　)

## COMPLAINT

Plaintiff Judicial Watch, Inc. brings this actions against Defendant U.S. Department of State to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").  As grounds therefor, Plaintiff alleges as follows:

### JURISDICTION AND VENUE

1.　　　The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2.　　　Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

### PARTIES

3.　　　Plaintiff Judicial Watch, Inc. is a not-for-profit, educational organization incorporated under the laws of the District of Columbia and headquartered at 425 Third Street SW, Suite 800, Washington, D.C.  20024.  Plaintiff seeks to promote transparency, accountability, and integrity in government and fidelity to the rule of law.  As part of its mission,

Plaintiff regularly requests records from federal agencies pursuant to FOIA.  Plaintiff analyzes the responses and disseminates its findings and the requested records to the American public to inform them about "what their government is up to."

4. Defendant U.S. Department of State is an agency of the United States Government and is headquartered at 2201 C Street NW, Washington, D.C.  20520.  Defendant has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5. On March 10, 2015, Plaintiff submitted a FOIA request to Defendant, by facsimile and certified mail, seeking access to the following:

   A. Any and all records of requests by former Secretary of State Hillary Rodham Clinton or her staff to the State Department Office of Security Technology seeking approval for the use of an iPad or iPhone for official government business; and

   B. Any all communications within or between the Office of the Secretary of State, the Executive Secretariat, and the Office of the Secretary and the Office of Security Technology concerning, regarding, or related to the use of unauthorized electronic devices for official government business.

The time frame for this request is January 1, 2009 to January 31, 2013.

6. According to the facsimile report sheet, Defendant received the FOIA request by facsimile on March 10, 2015 at 2:58 p.m.  According to U.S. Postal Service records, Defendant received the request by certified mail on March 17, 2015.

7. By letter dated April 10, 2015, Defendant acknowledged receipt of the request dated March 10, 2015 and assigned the request Case Control Number F-2015-05028.

8. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), Defendant was required to determine whether to comply with the request within twenty (20) working days of receipt and to notify

Plaintiff immediately of its determination, the reasons therefor, and the right to appeal any adverse determination. Defendant's determination was due by April 7, 2015.

9. As of the date of this complaint, Defendant has failed to: (i) determine whether to comply with the request; (ii) notify Plaintiff of any such determination or the reasons therefor; (iii) advise Plaintiff of the right to appeal any adverse determination; or (iv) produce the requested records or otherwise demonstrate that the requested records are exempt from production.

10. Because Defendant has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A), Plaintiff is deemed to have exhausted any and all administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C).

## COUNT 1
### (Violation of FOIA, 5 U.S.C. § 552)

11. Plaintiff realleges paragraphs 1 through 10 as if fully stated herein.

12. Defendant is unlawfully withholding records requested by Plaintiff pursuant to 5 U.S.C. § 552.

13. Plaintiff is being irreparably harmed by reason of Defendant's unlawful withholding of records responsive to Plaintiff's FOIA request, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendant to conduct a search for any and all responsive records to Plaintiff's FOIA request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA request; (2) order Defendant to produce, by a date certain, any and all non-exempt records to Plaintiff's FOIA request and a *Vaughn* index of any responsive records

withheld under claim of exemption; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA request; (4) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated:  April 28, 2015                              Respectfully submitted,

                                                    JUDICIAL WATCH, INC.

                                                    *s/* Ramona R. Cotca
                                                    Ramona R. Cotca
                                                    D.C. Bar No. 501159
                                                    Judicial Watch, Inc.
                                                    425 Third Street, S.W., Suite 800
                                                    Washington, DC 20024
                                                    (202) 646-5172
                                                    (202)646-5199, *facsimile*
                                                    *Counsel for Plaintiff*